# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:   Maribel Gonzalez                                    Case No.: 23-10101-LMI-
                                                             Chapter 13
_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Specialized Loan Servicing and Notice of Hearing was sent to all parties on the attached service list on May 6, 2023.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Maribel Gonzalez,
435 E 54th Street
Hialeah, FL 33013-1556

Federal Home Loan Mortgage Corp.
(Freddie Mac)
c/o Michael J. DeVito, CEO
8200 Jones Branch Dr McLean,
VA, 22102-3107

Specialized Loan Servicing LLC
c/o Toby Wells, CEO
6200 S. Quebec Street, Suite 300
Greenwood Village, CO 80111

Specialized Loan Servicing LLC
c/o Toby Wells, CEO
8742 Lucent Blvd Ste 300,
Highlands Ranch, CO, 80129,

Specialized Loan Servicing LLC
c/o Alexander Deegan, Agent
P.O. Box 9013
Addison, TX 75001

Merrick Garland, Attorney General US,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Markenzy Lapointe
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*   |   FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463

LF-70 (rev. 12/01/09)