

**ORDERED in the Southern District of Florida on June 9, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Maribel  Gonzalez                          Case No.: 23-10101-LMI
                                                    Chapter 13

_____Debtor(s)_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF SPECIALIZED LOAN SERVICING

THIS MATTER having come to be heard without objection on the consent calendar on June 6, 2023 upon Debtor's Objection to Claim of Specialized Loan Servicing (ECF#37; claim #2) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Specialized Loan Servicing is SUSTAINED.

2. The claim is allowed as filed with no distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:      (305) 349-3463
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)